Timothy M. Lynch
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, Alaska 99501
(907) 276-3222 *telephone*
(907) 278-9498 *facsimile*
tlynch@northlaw.com

Attorneys for Essex Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA KETCHIKAN

| | |
|---|---|
| ESSEX INSURANCE COMPANY )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH and HELENA MACHINI, )<br>Individually; VILLA MACHINI, INC.; )<br>ALASKA DUTY FREE MACHINI, INC.; )<br>ALASKA PACIFIC BANK, INC. )<br>)<br>     Defendants. )<br>_____ ) | Civil Action No. _____ |

**COMPLAINT FOR DECLARATORY RELIEF**
**(28 U.S.C. § 2201)**
**AND COMPLAINT FOR INTERPLEADER**
**(FEDERAL RULE CIVIL PROCEDURE 22)**

Essex Insurance Company ("Essex"), by and through its counsel of record, Lynch & Associates, P.C., hereby asserts its complaints for declaratory relief and interpleader as follows:

**REQUEST FOR JURY TRIAL**

Essex requests trial by jury as to all allegations and claims which are able to be tried by jury

Complaint for Declaratory Relief and Complaint for Interpleader            Page 1 of 6
*Essex Insurance Company v. Machini & Alaska Pacific Bank*            Case No. _____

Case 3:12-cv-00144-TMB    Document 1    Filed 07/19/12    Page 1 of 6

**Lynch & Associates, P.C.**
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

## PARTIES

1. Essex is a Delaware Corporation with its principal place of business in Glen Allen, Virginia.

2. Joseph and Helena Machini ("Machinis") are residents of 3373 Hollywood Drive, Hollywood FL 33312.

3. Villa Machini, Inc. ("Villa Machini") is corporation formed under the laws of the State of Alaska with its principal place of business at 21 Creek Street, Ketchikan, AK 99901.

4. Alaska Duty Free, Inc. ("Duty Free") is a corporation formed under the laws of the State of Florida with its principal place of business at 1876 N. University Drive, Suite 200 Plantation, FL 33322.

5. Joseph Machini is President, Treasurer, Director and fifty (50) percent owner of Villa Machini.

6. Helena Machini is Vice President, Secretary, Director and (50) percent owner of Villa Machini.

7. Joseph Machini is President of Duty Free.

8. Helena Machini is Vice President, Secretary and Treasurer of Duty Free.

9. Alaska Pacific Bank ("Bank") 2094 Jordan Avenue, Juneau, Alaska is a federally chartered savings bank licensed to do business in the State of Alaska. The Bank holds a mortgage on the property which is the subject matter of this litigation and is located at 420-422 Water Street, Ketchikan, Alaska.

## JURISDICTION AND VENUE

10. This is an action for declaratory relief under 28 U.S.C. § 2201.

**Lynch & Associates, P.C.**
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Complaint for Declaratory Relief and Complaint for Interpleader  Page 2 of 6
*Essex Insurance Company v. Machini & Alaska Pacific Bank*  Case No. _____

Case 3:12-cv-00144-TMB   Document 1   Filed 07/19/12   Page 2 of 6

11. This court has subject matter jurisdiction for the declaratory judgment action under 28 U.S.C. § 1332, as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

12. The action for interpleader involves the sum of $58,932.62 and involves the same parties, the same property, and arises from the same incident as the action for declaratory relief.

13. Venue is proper in this judicial district under 28 U.S.C. § 1391(b).

## FACTUAL BACKGROUND

14. Essex issued effective January 1, 2011 an insurance policy number CP540300032 ("the policy") covering the premises and certain contents located at 420-422 Water Street, Ketchikan, Alaska. A copy of the policy is attached as Exhibit 1.

15. Villa Machini and Duty Free are the named insureds on the policy.

16. The Bank is named on a Lenders Loss Payable endorsement form CP 12 18 06 07.

17. The policy provides, among other things, commercial property insurance coverage for covered damages to the structure and certain contents therein located at 420-422 Water Street, Ketchikan, Alaska (hereafter "building").

18. On or about September 6, 2011, a fire occurred which damaged the building.

19. Fire is a covered loss under the policy.

20. The policy limit for the building is $250,000.

21. The policy limit for certain identified contents located in the building is $10,000.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Complaint for Declaratory Relief and Complaint for Interpleader     Page 3 of 6
*Essex Insurance Company v. Machini & Alaska Pacific Bank*     Case No. _____

Case 3:12-cv-00144-TMB   Document 1   Filed 07/19/12   Page 3 of 6

22. The valuation of damages to the building and to the contents is actual cash value at the time of the loss.

23. There is a coinsurance requirement of eighty (80) per cent on both the building and the contents.

**DECLARATORY RELIEF**

24. Essex has determined that the amount due and owing as a result of the damages to the building is $58,932.62.

25. The Machinis have made demand for $450,000 for damages to the building.

26. The Machinis have made demand for in excess of $19,750 for loss of business personal property that was located within the building.

27. The Machinis have not presented a complete or accurate sworn statement in proof of loss despite being requested to do so.

28. The Bank has a claim to all or a portion of the amount which will be paid as a result of the damages to the building.

29. A real and substantial controversy exists concerning the interpretation of the Essex insurance policy language.

30. A real and substantial controversy exists concerning the amount that is due and owing to the defendants as a result of the damages to the structure caused by the fire.

31. A real and substantial controversy exists concerning the amount that is due and owing to the defendants as a result of the damages or loss of business personal property which were contained in the structure at the time of the fire.

**Lynch & Associates, P.C.**
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Complaint for Declaratory Relief and Complaint for Interpleader       Page 4 of 6
*Essex Insurance Company v. Machini & Alaska Pacific Bank*       Case No. _____

Case 3:12-cv-00144-TMB   Document 1   Filed 07/19/12   Page 4 of 6

## INTERPLEADER

32. Essex has determined that the amount due and owing as a result of the damages to the building is $58,932.62.

33. Essex has tendered $58,932.62 to the defendants as payment of the undisputed amount owed for damages to the building. Essex has stated that the defendants could accept the payment and still proceed to assert a claim for more. The defendants have rejected this proposal.

34. The Machinis, by virtue of their ownership of the two named insureds have a claim to the proceeds of any insurance payment.

35. The Bank, by virtue of being named on a Lenders Loss Payable endorsement has a claim to the proceeds of any insurance payment on the building.

36. Essex has joined this Interpleader action with the action for declaratory relief so as to avoid duplication of litigation costs and to avoid inconsistent judgments. The interpleader element of this declaratory judgment action seeks solely to set up a method for allocation of the undisputed portion of the insurance proceeds available for damages to the building.

## PRAYER FOR RELIEF

Having set forth the allegations of its complaint Essex prays for judgment as follows:

1. For a declaratory judgment determining that the maximum funds potentially available to pay for damages to the building under Essex insurance policy number CP540300032 is $250,000.

2. For a declaratory judgment that the amount owed to the defendants for damages to the building under Essex insurance policy number CP540300032 is $58,932.62.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Complaint for Declaratory Relief and Complaint for Interpleader   Page 5 of 6
*Essex Insurance Company v. Machini & Alaska Pacific Bank*   Case No. _____

Case 3:12-cv-00144-TMB   Document 1   Filed 07/19/12   Page 5 of 6

3. For a declaratory judgment determining that the maximum funds potentially available to pay for damage to or loss of contents located in the building under Essex insurance policy number CP540300032 is $10,000.

4. For a declaratory judgment determining what amount is owed under Essex insurance policy number CP540300032 for damage to or loss of contents located in the building.

5. That the defendants be required to interplead and/or settle between themselves their rights to the $58,932.62, and that Essex be discharged from all liability as to that amount except to the person(s) whom the court shall adjudge entitled to those monies.

7. For its costs and attorney fees in having to bring this action.

8. That it be awarded such further relief as the facts and law warrant.

RESPECTFULLY submitted at Anchorage, Alaska this 18th day of July 2012.

        LYNCH & ASSOCIATES, P.C.
        Attorneys for Essex Insurance Co.

        By: /s/ Timothy M. Lynch
           Timothy M. Lynch
           LYNCH & ASSOCIATES, P.C.
           425 G Street, Suite 420
           Anchorage, AK 99501
           (907) 276-3222
           (907) 278-9498
           tlynch@northlaw.com
           Alaska Bar No. 7111030

**Lynch & Associates, P.C.**
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Complaint for Declaratory Relief and Complaint for Interpleader    Page 6 of 6
*Essex Insurance Company v. Machini & Alaska Pacific Bank*    Case No. _____

Case 3:12-cv-00144-TMB    Document 1    Filed 07/19/12    Page 6 of 6