# BAXTER BRUCE & SULLIVAN PC

PROFESSIONAL CORPORATION

P.O. BOX 32819
JUNEAU, AK 99803
(907) 789-3166

ALASKA PACIFIC BANK
ATTN: ACCOUNTING
2094 JORDAN AVENUE
JUNEAU, AK 99801

January 25, 2013

*In Reference To:* MACHINI - 422 WATER ST FORECLOSURE
**Ref. File # 1917-207**

*Invoice #* 201301351

Professional Services

| | | | Hrs/Rate | Amount |

REDACTED

| | Megan | Phone call to Jeanette re: deed of trust insurance requirements and bringing mortgage current with insurance proceeds; conduct legal research re: mortgagee payee/loss payee recovery of insurance proceeds for purpose of preparing motion for summay judgment as to interpleader funds; review email from Mr. Lynch re: stipulation as to interpleader funds and initial disclosures; review stipulation; prepare email to Mr. Lynch and Mr. Heiser re: stipulation and initial disclosures; phone call from | 3.20
190.00/hr | 608.00 |

ALASKA PACIFIC BANK
# 1917-207

| | Hrs/Rate | Amount |
|---|---|---|

REDACTED!

| | | |
|---|---|---|
| 1/2/2013  Payment - thank you. Check No. 48055 | | ($2,769.32) |
| Total payments and adjustments | | ($2,769.32) |

A late charge may be assessed each month for any unpaid fees and costs older than 30 days.  Annual charge 10.5%.  This invoice may not reflect all costs accrued by this firm on your behalf.

*****OUR OFFICE DOES ACCEPT VISA AND MASTERCARD FOR PAYMENT*****

# BAXTER BRUCE & SULLIVAN PC

P.O. BOX 32819
JUNEAU, AK 99803

**History Bill For:**
ALASKA PACIFIC BANK
ATTN: ACCOUNTING
2094 JORDAN AVENUE
JUNEAU, AK 99801

April 24, 2013

In Reference To: MACHINI - 422 WATER ST FORECLOSURE
File # 1917-207

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2013 - | Todd | Discuss motion for summary judgment with motions. Wallace; research regarding motion for summary judgment. | 0.90<br>200.00/hr | 180.00 |
| - | Megan | Review Essex Initial Disclosures; review Essex responses to APB's First Discovery Requests; review Essex updated Witness List; discuss and analyze motion for partial summary judgment with Todd Araujo. | 1.10<br>190.00/hr | 209.00 |



REDACTED

| | | | | |
|---|---|---|---|---|
| - | Todd | Continue research regarding loss payee recovery of insurance proceeds. | 0.50<br>200.00/hr | 100.00 |

| Date | | Attorney | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/6/2013 | - | Todd | Conduct research relative to motion for partial summary judgment. | 1.30<br>200.00/hr | 260.00 |

REDACTED

| | | | | | |
|---|---|---|---|---|---|
| 2/14/2013 | - | Todd | Research and preparation of motion for summary judgment. | 0.60<br>200.00/hr | 120.00 |
| | - | Todd | Confer with colleagues regarding motion for summary judgment; research regarding same. | 0.40<br>200.00/hr | 80.00 |
| 2/20/2013 | - | Todd | Preparation of summary judgment motion. | 0.60<br>220.00/hr | 132.00 |
| 2/21/2013 | - | Todd | Research regarding summary judgment motion. | 0.40<br>220.00/hr | 88.00 |
| 3/12/2013 | - | Megan | Prepare Statement of Material Facts Not in Genuine Dispute. | 1.80<br>210.00/hr | 378.00 |
| | - | Megan | Review legal research conducted on loss payee recovery; prepare statement of material facts not in dispute for motion for partial summary judgment; conduct legal research re: whether lien may be placed in position before deed of trust if the city demolishes building. | 4.30<br>210.00/hr | 903.00 |
| 3/14/2013 | - | Megan | Continue preparing Motion for Partial Summary Judgment, Statement of Material Facts Not in Genuine Dispute and Memorandum of Points and Authorities. | 4.40<br>210.00/hr | 924.00 |
| | - | Tisha | Type Property Damage Insurance section from a Deed of Trust for Megan; email to Megan. | 0.80<br>90.00/hr | 72.00 |

ALASKA PACIFIC BANK

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| - | Chris | Review and finalize motion for summary judgment; prepare exhibits; file and serve motion for summary judgment; email to clients and team to transmit finalized motion; calendar response time | 1.00<br>120.00/hr | 120.00 |
| - | Dan | Review and analyze pleadings | 0.20<br>275.00/hr | 55.00 |
| - | Megan | Review and revise Motion for Partial Summary Judgment and Exhibits for filing. | 1.60<br>210.00/hr | 336.00 |



REDACTED

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2013 - | Chris | Review and analyze pleadings - stipulation re Machini answer to our motion for partial summary judgment; calendar new deadline; email to team and client to transmit stipulation | 0.20<br>120.00/hr | 24.00 |

|  | Hrs/Rate | Amount |
|---|---|---|

REDACTED

4/19/2013

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Megan | Review Machini's Non-Opposition to Motion for Summary Judgment. | 0.10<br>210.00/hr | 21.00 |

Additional Charges :

| | | |
|---|---|---|
| 02/06/13 - | Postage | 1.38 |
| 02/15/13 - | Westlaw Research Online Services/January 2013 | 270.78 |
| 04/17/13 - | Westlaw Research Online Services/March 2013 | 536.96 |
| | Total additional charges | $809.12 |

ATTORNEYS AT LAW

# BAXTER BRUCE & SULLIVAN PC

PROFESSIONAL CORPORATION

P.O. BOX 32819
JUNEAU, AK 99803
(907) 789-3166

ALASKA PACIFIC BANK
ATTN: ACCOUNTING
2094 JORDAN AVENUE
JUNEAU, AK 99801

******

May 06, 2013

*In Reference To:* MACHINI - 422 WATER ST FORECLOSURE
**Ref. File # 1917-207**

*Invoice #* 201305009

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

REDACTED

4/23/2013 -

| Date | | Attorney | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | - | Megan | Review email from Mr. Lynch re: discovery and Motion for Summary Judgment; phone call to Mr. Lynch re: same. | 0.30 210.00/hr | 63.00 |
| 4/24/2013 - | | Chris | Review and analyze pleadings - order granting summary judgment received; email to team and client - transmit order; research rules for attorney fees and costs; begin to draft cost bill; begin to draft motion, memo and affidavit for attorney fees; prepare time entries - request invoice for time involving summary judgment motion | 1.00 120.00/hr | 120.00 |

REDACTED

ALASKA PACIFIC BANK
# 1917-207

Page 2

| Date | | Attorney | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|

REDACTED

| | | | | | |
|---|---|---|---|---|---|
| 4/26/2013 - | Chris | Calendar and diary - deadline to file our motion for attorney fees; prepare form of order for release of funds; phone call to court re proper procedure for filing the order re release of funds; prepare notice of lodging order; file and serve notice and form of order; lodge form of order; email to team and client to transmit proposed order | 0.70 120.00/hr | 84.00 |
| 4/29/2013 - | Megan | Prepare Motion for Attorney Fees. | 1.50 210.00/hr | 315.00 |
| 5/1/2013 - | Megan | Continue preparing Motion for Attorney Fees; review bill of costs. | 1.30 210.00/hr | 273.00 |
| 5/3/2013 - | Megan | Review order re: release of funds; correspond with Chris re: same; review attorney report for preparation of motion for attorney fees. | 0.60 210.00/hr | 126.00 |

REDACTED